CAT 4

FILED
9/6/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: 24-CR-416 |
|---|---|
| v. | |
| ALLEN J. FOX-MORRIS, JR. | Violation: Title 18, United States Code, Section 1956(h) |

JUDGE GETTLEMAN
MAGISTRATE JUDGE JANTZ

The ACTING UNITED STATES ATTORNEY charges:

Between on or about December 2021 and on or about May 2022, in the Northern District of Illinois, Eastern Division, and elsewhere,

ALLEN J. FOX-MORRIS, JR.,

defendant herein, did conspire with Individual A, and others known and unknown, to commit an offense in violation of Title 18, United State Code, Section 1956, namely, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, namely, wire fraud, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting such financial transaction knew that property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

In violation of Title 18, United States Code, Section 1956(h).

MICHELLE PETERSEN
Digitally signed by MICHELLE PETERSEN
Date: 2024.09.02 22:22:34 -05'00'
for MP

ACTING UNITED STATES ATTORNEY